EDWARD J. WESSELS, Respondent, *v.* ALFRED CARR, Appellant.

*Wessels* v. *Carr*, 15 App. Div. 360, appeal dismissed.
(Argued June 6, 1898; decided June 14, 1898.)

. MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court overruling defendant's demurrer to the complaint, with leave to answer over.

The motion was made upon the ground that the judgment appealed from is an interlocutory and not a final judgment.

*W. J. Woods* for motion.

*Franklin Bien* opposed.

Appeal dismissed, with costs.

---

LAURA M. BUCK, Appellant, *v.* THE VILLAGE OF GLENS FALLS, Respondent.

*Buck* v. *Village of Glens Falls*, 4 App. Div. 323, appeal dismissed.
(Submitted June 6, 1898; decided June 14, 1898.)

MOTION to dismiss appeal on the ground that no undertaking has been given or served, as required by statute, to perfect the appeal.

*James H. Bain* for motion.

No one opposed.

Appeal dismissed, with costs.